1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 SAN FRANCISCO DIVISION

7

8 CHRISTOPHER L. WRIGHT,                    No. C 12-1638 RS (PR)

9          Plaintiff,                      **ORDER OF TRANSFER**

10     v.

11 R.J. DONOVAN CORRECTIONAL
   FACILITY MAILROOM SUPERVISOR and
12 EMPLOYEES,

13          Defendants.
   _____/

14

15          Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging

16 violations of his constitutional rights while held at R.J. Donovan Correctional Facility, which

17 lies in San Diego County.  A substantial part of the events or omissions giving rise to the

18 claims occurred, and the defendants reside, in the County of San Diego, which lies within the

19 venue of the Southern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore

20 properly lies in the Southern District.  *See id*. § 1391(b).  Accordingly, in the interest of

21 justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the

22 United States District Court for the Southern District of California.  The Clerk shall transfer

23 this action forthwith.

24          **IT IS SO ORDERED**.

25 DATED: July 30, 2012

26                                          _____
                                           RICHARD SEEBORG
27                                         United States District Judge

28

No. C 12-1638 RS (PR)
ORDER OF TRANSFER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER LANE WRIGHT-R.J.
DONOVAN,

            Plaintiff,

  v.

CHRISTOPHER LANE WRIGHT-R.J.
DONOVAN et al,

            Defendant.
                             /

Case Number: CV12-01638 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Wright AK0811
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: July 30, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk